# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

JOHN RAUBACK,

    Plaintiff,

v.

CITY OF SAVANNAH, et al.,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-167

## **ORDER**

The Standard Procedures for Discovery Disputes and Settlement Conferences in cases pending before the undersigned set forth a requirement that all parties who wish to file a discovery motion pursuant to Fed. R. Civ. P. 37 receive prior approval from the Court following an informal discovery dispute conference. As the parties in this case have not submitted a Notice of Request for an Informal Discovery Dispute Conference, the recently filed discovery Motion to Quash, doc. 49, is arguably premature.[1]

---

[1] It was the Court's expectation in adopting the Standard Procedures that they would apply to <u>all</u> manner of discovery disputes (i.e., including motions to quash). Nevertheless, insofar as a motion to quash is technically brought pursuant to F.R.C.P. 45 (and not F.R.C.P. 37) the movants could reasonably have read the Procedures as not requiring an Informal Discovery Dispute Conference under this circumstance.

In an effort to honor the spirit—if not the letter—of the Procedures, the Court will require counsel for all parties to appear for a telephonic status conference this week to address the matters contained in the Motion to Quash. All counsel are directed to confer and provide—by no later than 4:00 p.m. EDT on May 7, 2019—at least two 30 minute windows of time for that conference on either May 9th or 10th. Such notice should be provided to the courtroom deputy via email.

**SO ORDERED,** this <u>6th</u> day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA