UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN RAUBACK | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 4:18-cv-00167-WTM- CLR |
| SAVANNAH AIRPORT COMMISSION *et al.*, | ) ) ) ) |
| Defendants | ) ) |

## ORDER

Having read and considered the Plaintiff's Consent Motion to Hold in Abeyance, and for good cause shown, IT IS HEREBY ORDERED that the motion for protective order filed by Defendants Savannah Airport Commission and Greg Kelley (Doc. 76), shall be held in abeyance pending the mediation of this matter. The parties shall notify the Court on or before September 30, 2019 as to whether they have resolved this matter. If they have not, Plaintiff shall have 14 days from that date within which to file a response to the motion for protective order.

SO ORDERED this 11th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE