UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN RAUBACK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAVANNAH AIRPORT )<br>COMMISSION et al., )<br>)<br>Defendants ) | CASE NO.: 4:18-cv-00167-WTM- CLR |

## ORDER

Having read and considered the Plaintiff's Notice to the Court regarding the status of mediation, and the parties' Consent Motion to Hold in Abeyance, and for good cause shown, IT IS HEREBY ORDERED that the motion for protective order filed by Defendants Savannah Airport Commission and Greg Kelley (Doc. 76), shall be held in abeyance pending the mediation of this matter, presently scheduled for October 28, 2019. The parties shall notify the Court on or before October 31, 2019 as to whether they have resolved this matter. If they have not, Plaintiff shall have until **November 11, 2019**, to file a response to the motion for protective order.

SO ORDERED this 9th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE