# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JOHN RAUBACK, )
)
    Plaintiff, )
)
v. ) CV418-167
)
CITY OF SAVANNAH, *et al.*, )
)
    Defendants. )

## **ORDER**

Defendants the Savannah Airport Commission and Greg Kelley move to strike plaintiff's opposition to their motion for summary judgment. Doc. 110. They also "request an expedited ruling concerning Rauback's exhibits containing unredacted personal identifying information . . . ." *Id.* at 1. The motion and supporting brief are, however, silent on the reasons why the inclusion of individuals' birth dates and addresses constitutes an emergency, which should short-circuit the Court's normal procedures. *See* S.D. Ga. L. Civ. R. 7.7 (requiring showing of "good cause" to waive the response time imposed, and that the "motion shall set forth *in detail* the necessity for such expedited procedure." (emphasis added)). Pending plaintiff's response, the Court is skeptical that an apparently inadvertent inclusion of birth dates and addresses

could warrant striking the exhibits entirely. Nevertheless, some provisional relief is warranted.

The Clerk is **DIRECTED** to **SEAL** plaintiff's exhibits filed in opposition to defendant's summary judgment motion. Docs. 95-105. Those documents shall remain under seal, pending plaintiff's response to and the disposition of the Motion to Strike.

**SO ORDERED,** this 7th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA