AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN RAUBACK,

    Plaintiff,

v.

CITY OF SAVANNAH, SAVANNAH AIRPORT COMMISSION, and GREG KELLY, in his individual and official capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV418-167

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated March 30, 2021, Defendant City of Savannah and Savannah Airport Commissions' motions for summary judgment are Granted. Plaintiff's state law claims brought under the Georgia Whistleblower Act are Dismissed without prejudice. This case stands Closed.



| March 31, 2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020